JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON BRUNO, an individual; and CALIBER8 INC., a California Corporation, | Case No. 2:22-cv-05774-JWH-PD |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CHEN GUO BIAO; SHENZHEN SHI BAI ZHOU YAOMAO YI YOU YAN GONGSI; MWYY; ZHAN JIANGSHI HUIMING QICHE MAOYI YOU XIAN GONGSI; YIWU HUO QIUDIANZI SHANGWU YOU XIAN GONGSI; DIXIUZA; YUAN HAO YIMAO YIYOU XIAN GONGSI; DONGGUANSHI XUECHE SHUANG SHANG MAOYOU XIAN GONGSI; YANG YUEKUN; FUSHANSHI CHANCHENGQU GENLONG ZHIYICHANG; WUHAN XINGCONG DIANZI SHANGWU YOUXIAN GONGSI; CHENG HONG WU; SHOUYANG XIANMING LISHANGHANG; HUBEI JINLIDADE SHANGMAO YOUXIAN GONSI; JIANGYU LI; DONG YANG XIN LONG GARDEN TOOLS COMPANY; | |

| | |
|---|---|
| 1 | DONG YANGSHI SHENGYI MAOYIYOU XIAN GONGSI; |
| 2 | SHANXI YOUYUANDIANZI KEJIYOU XIAN GONGSI; |
| 3 | JUNE LIFE BASICS; |
| 4 | ZHONG YITIAN YUTAOCI; CHANGSHA HOU BAIGUAN DAO GONG CHENGYOU XIAN GONGSI; |
| 6 | GUANGZHOUSHI SHUTONGDIAN ZISHANG WUOU XIAN GONGSI; and |
| 7 | HOUSEEN, |
| 8 | Defendants. |

Pursuant to the "Order Granting Plaintiffs' Motions for Default Judgment [ECF Nos. 93, 95, 99, 100, 101, 102, 103, & 104]" entered substantially contemporaneously herewith and the "Order to Show Cause Re Lack of Prosecution" entered on or about February 20, 2024, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1338(a).

2. Defendants Yuan Hao Yimo Yiyou Xian Gongsi, Shouyang Xianming Lishanghang, Dong Yang Xin Long Garden Tools Company, June Life Basics, Chen Guo Biao, Shenzhen Shi Bai Zhou Yaomao Yi You Yian Gongsi, Yiwu Huo Qiudianzi Shangwu You Xian Gongsi, Yang Yuekun, Foshanshi Chanchengqu Genlong Zhiyichang, Hubei Jinlidade Shangmao Youxian Gonsi, Shanxi Youyuandianzi Kejiyou Xian Gongsi, Zhong Yitian Yutaoci, Changsha Hou Baiguan Dao Gong Chengyou Xian Gongsi, Guangzhoushi Shutongdian Zishang Wuou Xian Gongsi, Houseen, and Dongguanshi Xueche Shuang Shang Maoyou Xian Gongsi were **DISMISSED** on or about March 15, 2024.

3. Plaintiffs Dillon Bruno and Caliber 8, Inc. (jointly, "Plaintiffs") shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Defendants Dong Yangshi Shengyi Maoyiyou Xian Gongsi ("Dong Gongsi"); (2) Dixiuza; (3) Jianyu Li; (4) Cheng Hong Wu; (5) MWYY; (6) Wuhan Xingcong Dianzi Shangwu Youxian Gongsi ("Wuhan Gongsi"); and (7) Zhan Jiangshi Huiming Qiche Maoyi You Xian Gongsi ("Zhan Gongsi").  Specifically:

   a. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Dong Gongsi, in the amount of $101.46;

   b. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Dixiuza, in the amount of $75.78;

  c. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Li, in the amount of $595.82;

  d. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Wu, in the amount of $1,596.10;

  e. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** MWYY, in the amount of $6,173.55;

  f. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Wuhan Gongsi, in the amount of $229.61; and

  g. **JUDGMENT** is entered in **FAVOR** of Plaintiffs, and **AGAINST** Zhan Gongsi, in the amount of $858.69.

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE